

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00522-CV

**IN THE MATTER OF THE ESTATE OF** Hugh Bob **SPILLER**

From the County Court, Menard County, Texas
Trial Court No. 2013-02059A
Honorable Joe Loving, Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that appellee recover from appellant her costs of this appeal.

SIGNED June 5, 2019.

_____
Rebeca C. Martinez, Justice